## SECOND DEPARTMENT, NOVEMBER, 1918.

WILLIAM BEDELL, Appellant, *v.* NEW YORK SAND AND FACING COMPANY, Respondent.

*Negligence — injury to trespasser.*

Appeal by plaintiff from a judgment of the Supreme Court, entered in the office of the clerk of Kings county July 19, 1918, for seventy dollars and ninety-five cents costs, and dismissing the complaint at the close of plaintiff's case.

PER CURIAM: The defendant is not shown to have failed in any duty towards the plaintiff, who was riding on a sand truck then in defendant's employ. The driver of the truck, however, had no authority to let the plaintiff ride on the load, and plaintiff's subsequent fall therefrom raised no liability as against defendant. (See *Goldberg* v. *Borden's Condensed Milk Co.*, 185 App. Div. 222, decided herewith.) The judgment appealed from is, therefore, affirmed, with costs. Jenks, P. J., Putnam, Blackmar and Kelly, JJ., concurred; Jaycox, J., dissented. Judgment affirmed, with costs.

---

OSCAR FRIED, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion to set aside order of affirmance denied, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

J. ALBERT GAUSMAN, Respondent, v. PAUL W. F. LINDNER, Appellant.— Motion granted. Order of affirmance containing new findings to be resettled on two days' notice. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

GUSTAV E. GOOES, Appellant, v. HENRY H. GIBSON and Others, Respondents.— Motion denied on condition that appellant perfect the appeal, place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

EVA KESSLER, Respondent, v. AARON KESSLER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

GEORGE MOSKOWITZ, Appellant, v. HENRY DAVIDSON, Respondent.— Motion granted on condition that appellant give a surety bond for the amount of the fine, perfect the appeal, place the case on the calendar for Friday, November 15, 1918, and be ready for argument on that date; otherwise, motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.